IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED


FRANKLIN DERREL GOODWIN,

     Petitioner,

 v.                                                                          Case No. 5D23-1375
                                                                              LT Case No. 2022-CF-001213

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed April 25, 2023

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Franklin Derrel Goodwin, Bushnell,
pro se.

No Appearance for Respondent.


PER CURIAM.

     DISMISSED. *See Logan v. State*, 846 So. 2d 472, 479 (Fla. 2003) ("If

a petition clearly indicates that the petitioner is represented by counsel in the

pending criminal proceeding, and the petitioner does not unequivocally seek

to discharge counsel in that proceeding by way of the petition, the petition will be dismissed as unauthorized.").

MAKAR, JAY and PRATT, JJ., concur.